IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shannon Schaffner | : | |
| | : | JURY DEMAND |
| Plaintiff, | : | |
| | : | No.: 5:20-cv-06025 |
| v. | : | |
| | : | |
| Assignment America, LLC. | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action. All parties are to bear their own costs.

| **THE LAW OFFICES OF ERIC A. SHORE, P.C.** | **JACKSON LEWIS, P.C.** |
|---|---|
| /s/ Brian M. Doyle, Esq. | /s/ Jason K. Roberts, Esq. |
| Brian M. Doyle | Jason K. Roberts |
| Two Penn Center | Kyle I. Platt |
| 1500 JFK Boulevard, Ste. 1240 | 1601 Cherry Street, Ste. 1350 |
| Philadelphia, PA 19102 | Philadelphia, PA 19102 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Date: February 8, 2021 | Date: February 8, 2021 |